**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**IN ADMIRALTY**

IN RE:

PETITION OF WILLIAM BOWMAN as titled owner of and for a 37' 2012 BOSTON WHALER, hull identification number BWCE0946B212 her engines, tackle, and appurtenances, for Exoneration from or Limitation of Liability,

CASE NO.: 2:18-cv-00071-JES-MRM

_____Petitioners._____/

**PETITIONER'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Petitioner, William Bowman (hereinafter "Petitioners"), as owner of a 37' 2012 BOSTON WHALER, hull identification number BWCE0946B212 hereby files his Certificate of Interested Persons and Corporate Disclosure Statement and discloses the following pursuant to the Court's interested persons order:

A. The name of each person, attorney, association of persons, firm, partnership or corporations that has or may have an interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

1. William Bowman, Petitioner;

2. Benjamin Biar, *potential* Claimant;

3. Joseph Lugo, *potential* Claimant;

4. Fowler White Burnett, P.A., counsel for Petitioner;

5. Charles Davant, counsel for Petitioner;

6. Noah Silverman, Esq., counsel for Benjamin Biar.

1

7. Petitioners' Insurance carrier, GEICO Marine Insurance Company.

8. There is no parent corporation to disclose for Petitioner.

B. The name of every entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**None.**

C. The name of every entity which is likely to be an active participant in the proceedings, including the debtor and member of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None.**

D. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**None.**

Petitioner hereby certifies that, except as disclosed above, he is unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. Petitioner further certifies that he has inserted "None" if there is no actual or potential conflict of interest.

Dated: February 15, 2018.

                                    Respectfully submitted,

                                    **FOWLER WHITE BURNETT P.A.**
                                    *Attorneys for Petitioner*
                                    One Financial Plaza
                                    100 SE 3rd Avenue, 21st Floor
                                    Fort Lauderdale, FL 33394
                                    Telephone: (954) 377-8173

By: */s/Charles S. Davant*
**Charles S. Davant**
Florida Bar No. 15178
csd@fowler-white.com