IN RE:

**CASE NO.: 18-cv-00071-JES-MRM**

PETITION OF WILLIAM BOWMAN as titled
owner of and for a 37' 2012 BOSTON WHALER,
hull identification number BWCE0946B212 her
engines, tackle, and appurtenances, for Exoneration
from or Limitation of Liability,

_____ Petitioners. _____/

## ANSWER AND AFFIRMATIVE DEFENSES TO WILLIAM BOWMAN'S PETITION FOR EXONERATION FROM OR LIMITATION OF LIABILITY

Claimant, BENJAMIN BAIR, by and through undersigned counsel and pursuant to Supplemental Admiralty Rule (F)(5) of the Federal Rules of Civil Procedure, hereby files his Answer and Affirmative Defenses to the Petition for Exoneration from or Limitation of Liability [DE 1] filed by Petitioner, WILLIAM BOWMAN, and states:

1. Admitted.

2. Denied that Claimant's negligent entrustment and negligent supervision claims are within the Court's subject matter jurisdiction in the instant matter. *See In re Ruiz*, 494 F.Supp.2d 1339, 1341 (S.D. Fla. 2007); *In re Cedar Bay Boat Rentals, LLC*, 2012 U.S. Dist. LEXIS 109635, *6 (M.D. Fla. Aug. 6, 2012); *Joyce v. Joyce*, 975 F.2d 379 (7th Cir. 1992).

3. Admitted.

4. Admitted.

5. Denied that Petitioner is entitled to exoneration pursuant to Supplemental Admiralty Rule (F)(2) of the Federal Rules of Civil Procedure or to the rights, privileges, remedies, and procedures of the Shipowners Limitation of Liability Act, 46 U.S.C. §30501 *et seq.*

6. Admitted.

7.     Denied.

8.     Denied.

9.     Denied that the Petitioner's vessel was properly operated. Admitted that Petitioner's vessel collided with a vessel operated by Claimant, with Joseph Lugo on board as a passenger, at or near the Mouth of the Caloosahatchee River in Lee County, Florida, on or about August 3, 2017, and that Claimant suffered personal injuries. Regarding the alleged personal injuries suffered by Mr. Lugo, Claimant is without sufficient knowledge; therefore, denied.

10.    Admitted.

11.    Admitted.

12.    Admitted.

13.    Admitted.

14.    Admitted that Claimant will make claim(s) for damages from Petitioner. Regarding Mr. Lugo, Claimant is without sufficient knowledge; therefore, denied.

15.    Without sufficient knowledge; therefore, denied.

## COUNT I – EXONERATION

16.    Claimant re-adopts and re-incorporates its responses to paragraphs 1 through 15 as if fully set forth herein.

17.    Denied.

18.    Denied.

19.    Denied.

20.    Denied.

21.    Denied.

22.    Denied.

23.    Denied.

FOREMAN FRIEDMAN, PA, 2 South Biscayne Boulevard, Miami, FL 33131 Tel: 305-358-6555 / Fax: 305-374-9077

## COUNT II – LIMITATION OF LIABILITY

24. Claimant re-adopts and re-incorporates its responses to paragraphs 1 through 23 as if fully set forth herein.

25.    Denied.

26.    Admitted.

27.    Without sufficient knowledge; therefore, denied.

## AFFIRMATIVE DEFENSES

As separate, complete, and affirmative defenses to the Petition and each of its purported claims, based upon information and belief, Claimant states as follows:

### First Affirmative Defense

Petitioner has failed to state a claim entitling him to the relief requested.

### Second Affirmative Defense

The Petition for Exoneration from or Limitation of Liability fails to allege any facts upon which a proceeding for exoneration or limitation of liability will lie, and, specifically, fails to allege facts that would show that the Petitioner and/or vessel were free from fault, negligence and/or gross negligence and/or that the damages occurred without the privity and/or knowledge of Petitioner.

### Third Affirmative Defense

Claimant alleges that his injuries were caused, in whole or in part, by the fault or negligence of the Petitioner as owner of the subject vessel.

### Fourth Affirmative Defense

Claimant alleges that the fault or negligence that caused his injuries was within the privity or knowledge of the Petitioner.

FOREMAN FRIEDMAN, PA, 2 South Biscayne Boulevard, Miami, FL 33131 Tel: 305-358-6555 / Fax: 305-374-9077

### Fifth Affirmative Defense

Claimant alleges that his injuries were caused by the failure of the Petitioner to maintain his vessel in a seaworthy condition.

### Sixth Affirmative Defense

Claimant alleges that the unseaworthy condition or conditions that caused his injuries were within the privity or knowledge of the Petitioner.

### Seventh Affirmative Defense

Claimant alleges that the Petitioner's Ad Interim Stipulation of Value in insufficient and does not represent accurately the post-incident value of the proper subject vessel and its appurtenances.

### Eighth Affirmative Defense

Claimant alleges that Petitioner failed to mitigate the damages caused by his negligence.

WHEREFORE, Claimant, BENJAMIN BAIR, denies that Petitioner, WILLIAM BOWMAN, is entitled to limitation of liability or to be exonerated from liability and prays that the Petition be denied, and for all other relief this Honorable Court deems just and proper under the circumstances.

Date:   March 30, 2018
          Miami, Florida

Respectfully submitted,

**FOREMAN FRIEDMAN, PA**

BY:     /s/ *Noah D. Silverman*
         Darren W. Friedman, Esq.
         Florida Bar No. 0416765
         dfriedman@fflegal.com
         Noah D. Silverman, Esq.
         Florida Bar No. 401277
         nsilverman@fflegal.com

One Biscayne Tower, Suite 2300
2 South Biscayne Boulevard
Miami, FL 33131
Phone: 305-358-6555
Fax: 305-374-9077
*Counsel for Claimant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 30, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

/s/ *Noah D. Silverman*
Noah D. Silverman, Esq.

## SERVICE LIST

Charles S. Davant, Esq.
csd@fowler-white.com
pborges@fowler-white.com
mgibson@fowler-white.com
Fowler White Burnett
One Financial Plaza, 21st Floor
100 SE 3rd Avenue
Fort Lauderdale, FL 33394
Phone: 954-377-8100
Fax: 954-377-8101
*Counsel for Petitioner*

Darren W. Friedman, Esq.
dfriedman@fflegal.com
sargy@fflegal.com
Noah D. Silverman, Esq.
nsilverman@fflegal.com
pcampo@fflegal.com
oricardo@fflegal.com
sprice@fflegal.com
crcano@fflegal.com
Foreman Friedman, PA
One Biscayne Tower, Suite 2300
2 South Biscayne Boulevard
Miami, FL 33131
Phone: 305-358-6555
Fax: 305-374-9077
*Counsel for Claimant*